UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARK SANDOVAL, ) | Case No. SACV 04-360-FMC (AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| C.K. PLILER, Warden, ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: <u>September 8, 2008</u>

_____
Florence-Marie Cooper
United States District Judge